UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

FILED
CHARLOTTE, NC

SEP 11 2008

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 1:08MJ 43 |
| | ) | |
| V. | ) | ORDER TO SEAL COMPLAINT |
| | ) | |
| JAMES EDWARD MACALPINE | ) | |

UPON MOTION of the United States of America, by and through Gretchen C. F. Shappert, United States Attorney for the Western District of North Carolina, for an order directing that the Complaint, Affidavit to the Complaint, Motion to Seal, and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Complaint, Affidavit to the Complaint, Motion to Seal and this Order be sealed until further order of this court.

This the 11th day of September, 2008.

Carl Horn, III
CARL HORN, III
UNITED STATES MAGISTRATE