AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

Western District of North Carolina

UNITED STATES OF AMERICA

V.

James Edward MacAlpine
10/06/1946

To: The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

Case Number: 1:08mj43

FILED
ASHEVILLE, N.C.

OCT -7 2008

U.S. DISTRICT COURT
W. DIST. OF N.C.

SEP 17 2008

United States Marshals Service
Western North Carolina

YOU ARE HEREBY COMMANDED to arrest ____James Edward MacAlpine____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)
harboring or concealing any person for whose arrest a warrant or process has been issued under the provisions of any law of the United States, so as to prevent his discovery and arrest, after notice or knowledge of the fact that a warrant or process has been issued for the apprehension of such person, that warrant or process issued being a felony

in violation of Title __18__ United States Code, Section(s) __1071__

Carl Horn, III
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

*Carl Horn, III* (signature)
Signature of Issuing Officer

09/11/2008, Charlotte, North Carolina
Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 9-11-2008 | Joe LaMar, CJ DUSM | Joe Mun |

Case 1:08-cr-00111-RLV-DCK   Document 9   Filed 10/07/08   Page 1 of 1